**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 17, 2015

Hon. Roberto (Bobby) Rene Garcia
Law Office of Bobby Garcia
5301 S. McColl Road
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Michael A. Hummert
Attorney at Law
5910 N. Central Expressway, Ste. 1600
Dallas, TX 75206
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00225-CV
Tr.Ct.No. CL-15-0264-A
Style:    In Re Pronto General Agency Ltd.

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   County Court at Law No. 1 (DELIVERED VIA E-MAIL)
      Hon. Arturo Guajardo Jr., Hidalgo County Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)